AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

LOUIE GARCIA

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 9786

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

| November 27, 2007 | *signature* Meghan Cavalieri |
|---|---|
| Date | Signature |

| Meghan A. Cavalieri | MC 6758 |
|---|---|
| Print Name | Bar Number |

100 Church Street,
Address

New York, NY  10007
City   State   Zip Code

(212) 788-6405   (212) 788-9776
Phone Number   Fax Number