MEMO ENDORSED

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MEGHAN A. CAVALIERI
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

RECEIVED
NOV 28 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/2007

November 27, 2007

BY HAND
Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Louie Garcia v. City of New York, et al., 07 CV 9786 (DAB)(RLE)

Dear Judge Batts:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendant The City of New York. I am writing with the consent of plaintiff's counsel, Rose M. Weber, Esq., to respectfully request a sixty (60) day enlargement of time from November 28, 2007, until January 28, 2008, within which this office may answer or otherwise respond to the complaint. This is the first request made by this office for an enlargement of time in this action.

      The complaint alleges, inter alia, that plaintiff Louie Garcia was subjected to excessive force during an arrest. In addition to the City of New York, plaintiff also purports to name Detective Boyd, Police Officer Rivera, Detective Daliz, Police Officer Perez, Sergeant Googin and Detective Carasquillo as defendants. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

      Moreover, the enlargement will allow us to ascertain whether the individually named defendants have been served.[1] If service has been properly effectuated then, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendants. The named defendants must then decide whether he/she wishes to be represented by this office. If so, we

---
[1] Although this office does not currently represent Detective Boyd, Police Officer Rivera, Detective Daliz, Police Officer Perez, Sergaent Googin or Detective Carasquillo, and assuming they were properly served, this office also respectfully requests this extension on their behalf in order to prevent their defenses from being jeopardized while representational issues are being resolved.



MEMO ENDORSED

MEMO ENDORSED

must obtain his/her written authorization. Only after this procedure has been followed can we determine how to proceed in this case. See Mercurio v. The City of New York et al., 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. The City of New York et al., 64 N.Y.2d 800, 486 N.Y.S. 2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until January 28, 2008.

Granted
DAB
11/28/2007

Thank you for your consideration in this regard.

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS  11/28/2007
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Meghan Cavalieri*

Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  VIA FAX
Rose Minna Weber
Rose M. Weber Law Office
Attorney for Plaintiff
225 Broadway
Suite 1608
Fax: (212) 791-4149

MEMO ENDORSED