USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2008

MEMO ENDORSED

RECEIVED
MAY 1 2 2008
CHAMBERS OF
DEBORAH A. BATTS

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

May 12, 2008

**BY HAND**
Honorable Deborah A. Batts
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Louie Garcia v. City of New York, et al.*, 07 Civ. 9786 (DAB)

Your Honor:

      The complaint in the above-referenced action was filed on November 5, 2007 and therefore, pursuant to Fed. R. Civ. P. 4(m), the defendants should have been served on or before March 4, 2008. Although I did serve the City on November 8, 2007, law office failure resulted in the remaining defendants not being served. I apologize to the Court for any inconvenience this may have caused.

Granted
/s/ DAB
5/12/2008

      Defense counsel has kindly consented to this *nunc pro tunc* application for an extension of the service deadline until June 20, 2008. Although I would usually request a much shorter period of time, I am advised that two of the defendants are no longer employed by NYPD. As I am sure the Court is aware, Police Legal must go through a rather cumbersome procedure in regard to reaching out to the former officers, and it is for this reason that I am requesting six weeks.

      Thank you for your consideration of this request.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS   5/12/2008
UNITED STATES DISTRICT JUDGE

Respectfully,

*Rose M. Weber*

Rose M. Weber (RW 0515)

cc:    Meghan Cavalieri, Esq. (by fax)

MEMO ENDORSED