UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

LOUIE GARCIA,

                                              Plaintiff,        07 Civ. 9786 (DAB)

            -against-

THE CITY OF NEW YORK, et al.,

                                              Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on May 22, 2008, at approximately 3:25 p.m., at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York, I served a **Summons and Complaint** upon P.O. Emily Rivera, Det. Angel Daliz, Sgt. Kevin Goggin, and Det. Sam Carrasquillo, defendants therein named, by delivering and leaving four true copies of the **Summons and Complaint** with a person of suitable age and discretion, to wit Det. Conception, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M          Race: B     Hair: short, graying      Approx. Age: 43
Approx. Ht.: 6'4"    Approx. Wt.: average

-2-

That on May 22, 2008, declarant mailed other true copies of the **Summons and Complaint** by first class mail properly enclosed and sealed in postpaid wrappers addressed to P.O. Emily Rivera, Det. Angel Daliz, Sgt. Kevin Goggin, and Det. Sam Carrasquillo at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York 10038, their place of business, said envelopes bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
         May 22, 2008

By:   _____/s_____
      Rose M. Weber  (RW 0515)