

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 20/June/08

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                    TELEPHONE: (212) 748-3355

June 20, 2008

**BY HAND**                    MEMO ENDORSED
Honorable Deborah A. Batts
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   *Louie Garcia v. City of New York, et al.*, 07 Civ. 9786 (DAB)

Your Honor:

By Memorandum Order dated May 12, 2008, the Court granted plaintiff's *nunc pro tunc* application for an extension of the service deadline until June 20, 2008. On May 22, 2008, plaintiff served all of the defendants who are currently employed by NYPD. However, as noted in my prior letter, two of the defendants are no longer employed by NYPD. One of the two (former Det. Boyd) has authorized Police Legal to accept service on his behalf. Ms. Cavalieri is still in the process of attempting to contact the other former officer (Perez). It would be easier for me to have both former officers served at the same time. Accordingly, plaintiff respectfully requests, with defendants' consent, that the service deadline in regard to these two gentlemen be extended by an additional thirty days (i.e., until July 20, 2008).

GRANTED
/DAB/

Thank you for your consideration of this request.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
20 Jun 08

                                                    Respectfully,

                                                    *Rose M. Weber*

                                                    Rose M. Weber (RW 0515)

cc:   Meghan Cavalieri, Esq. (by fax)

MEMO ENDORSED