UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

LOUIE GARCIA,

                              Plaintiff,        07 Civ. 9786 (DAB)

       -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on July 3, 2008, at approximately 11:45 a.m., at the office of the City of New York Police Department Legal Bureau, 1 Police Plaza, Room 1406, New York, New York, I served a **Summons and Complaint** upon Det. "John" Boyd and P.O. "John" Perez, defendants therein named, by delivering and leaving two true copies of the **Summons and Complaint** with Rebecca Chasen, Esq., personally. Declarant knew said individual to be authorized to accept service on behalf of defendants Boyd and Perez.

Dated:      New York, New York
               July 3, 2008

                                                By:            /s
                                                       Rose M. Weber  (RW 0515)